**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RAFAEL GUDINO** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 20-cv-04535** |
| **v.** | ) | |
| | ) | **Judge Manish S. Shah** |
| **P.O. STEVEN KELLEY #262 and** | ) | |
| **P.O. SCOTT McSHANE #266, Individually,** | ) | **JURY DEMAND** |
| **And the TOWN OF CICERO, a Municipal** | ) | |
| **Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL**

NOW COMES the Defendants, Officer STEVEN KELLEY ("Officer Kelley"), Officer SCOTT McSHANE ("Officer McShane"), and the TOWN OF CICERO (the "Town") (together as the "Defendants"), by and through their attorneys, Del Galdo Law Group, LLC, and the Plaintiff, RAFAEL GUDINO (the "Plaintiff"), by and through his attorneys, Gregory E. Kulis & Associates, LTD (all together as the "Parties"), and, for their Joint Stipulation of Dismissal, hereby jointly provide as follows:

1. On November 2, 2021, the Parties informed this Court that they had agreed to settle this case, pending approval of a settlement agreement by the Town's Board of Trustees.

2. The Parties subsequently negotiated over the terms of a General Release and Settlement Agreement, which was agreed to and signed by the Plaintiff on November 12, 2021.

3. On December 14, 2021, the Town's Board of Trustees approved, and the Town's President signed, the General Release and Settlement Agreement.

4. Upon receipt of the settlement check from the Town, counsel for the Defendants thereafter issued the settlement check to Plaintiff's counsel on December 29, 2021.

5. Plaintiff's counsel confirmed receipt of the settlement check on January 6, 2022.

6. Accordingly, the Parties hereby jointly stipulate between and among themselves that the above-captioned matter be dismissed with prejudice and without costs or fees to either party, all costs having been paid and all matters in controversy for which said matter was brought having been fully settled, compromised, and adjourned.

**Dated this 10th Day of January 2022**

Respectfully submitted,

**RAFAEL GUDINO**

By: */s/ Gregory Kulis*
Gregory E. Kulis
*One of the Plaintiff's Attorneys*

Gregory E. Kulis (#6180966)
Gianna Gizzi (#6332727)
**GREGORY E. KULIS & ASSOCIATES, LTD.**
30 N. LaSalle Street, Suite 2140
Chicago, Illinois 60602
(t) 312-580-1830 | (f) 312-580-1839
gkulis@kulislawltd.com
ggizzi@kulislawltd.com
*Attorneys for the Plaintiff*

Respectfully submitted,

**OFFICER STEVEN KELLEY, OFFICER SCOTT McSHANE & THE TOWN OF CICERO**

By: */s/ Michael Albert*
Michael A. Albert
*One of the Defendants' Attorneys*

K. Austin Zimmer (#6276227)
Joseph A. Giambrone (#6309071)
Michael A. Albert (#6320206)
**DEL GALDO LAW GROUP LLC**
1441 S. Harlem Avenue
Berwyn, Illinois 60402
(t) 708-222-7000 | (f) 708-222-7001
zimmer@dlglawgroup.com
giambrone@dlglawgroup.com
albert@dlglawgroup.com
*Attorneys for the Defendants*